UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>TUSHAR S. PARIKH<br><br>Debtor(s)<br>AMERICAN CHARTERED BANK,<br><br>Plaintiff(s)<br>TUSHAR S. PARIKH,<br><br>Defendant(s) | BK No.:   11-47619<br>Chapter: 7<br>Honorable Donald R. Cassling<br>DuPage<br>Adv. No.: 12-00844 |

### ORDER GRANTING SECOND MOTION TO STRIKE DEFENDANT'S ANSWER AND ENTER JUDGMENT BY DEFAULT

This matter coming to be heard on the motion of American Chartered Bank; due notice having been given; and the Court being duly advised of the premises; and any objection hereto being withdrawn or overruled,

IT IS HEREBY ORDERED THAT:

1. American Chartered Bank's Second Motion to Strike Defendant's Answer and Enter Judgment by Default is GRANTED.

2. Defendant Tushar S. Parikh's Answer to First Amended Complaint is stricken.

3. The debt owed by Tushar S. Parikh to American Chartered Bank in the amount of $1,008,212.52, together with all related fees and costs, is allowed and held to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(B).

4. All other hearing dates and related filing deadlines in this matter, including the status hearing scheduled for February 7, 2014 and the trial dates, are hereby stricken.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  January 24, 2014

**Prepared by:**

David L. Kane (No. 6277758)
Meltzer, Purtill & Stelle LLC
300 S. Wacker Drive, Suite 3500
Chicago, Illinois 60606
(312) 987-9900
(312) 987-9854 (facsimile)